No. 86–234. MCNALLY v. UNITED STATES; and
No. 86–286. GRAY v. UNITED STATES. C. A. 6th Cir. Cer-
tiorari granted in No. 86–234 limited to Question 4 presented
by the petition and to Question 1 in No. 86–286 as incorporated
by reference in No. 86–234. Certiorari granted in No. 86–286
limited to Questions 1 and 3 presented by the petition. Cases
consolidated and a total of one hour allotted for oral argument.

No. 86–393. UNITED STATES ET AL. v. STANLEY ET AL.
C. A. 11th Cir. Certiorari granted. 

No. 86–495. K MART CORP. v. CARTIER, INC., ET AL.;
No. 86–624. 47TH STREET PHOTO, INC. v. COALITION TO PRE-
SERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and
No. 86–625. UNITED STATES ET AL. v. COALITION TO PRE-
SERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.
C. A. D. C. Cir. Certiorari granted, cases consolidated, and
a total of one hour allotted for oral argument. Reported below:
252 U. S. App. D. C. 342, 790 F. 2d 903.

No. 86–572. KENTUCKY v. STINCER. Sup. Ct. Ky. Motion of
respondent for leave to proceed *in forma pauperis* and certiorari
granted. 

No. 86–5324. GRIFFIN v. WISCONSIN. Sup. Ct. Wis. Motion
of petitioner for leave to proceed *in forma pauperis* and certiorari
granted. 

No. 85–1524. HUBBARD BROADCASTING, INC. v. SOUTHERN
SATELLITE SYSTEMS, INC., ET AL. C. A. 8th Cir. Certiorari
denied.